JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-27 JGB (SPx)** | Date | February 8, 2022 |
|---|---|---|---|
| Title | *David Lopez v. Eucland, LLC, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**   Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)

Plaintiff David Lopez filed this action against Defendants on January 3, 2020. ("Complaint," Dkt. No. 1.) On May 8, 2020, the Court ordered Plaintiff to show cause in writing on or before May 28, 2020, why this action should not be dismissed for lack of prosecution. ("OSC 1," Dkt. No. 11.) Plaintiff timely responded on May 22, 2020. ("Request for Entry of Default," Dkt. No. 12.) The Clerk entered default against defendant on June 16, 2020. (Dkt. No. 17.) On August 24, 2020, the Court ordered Plaintiff to show cause in writing on or before September 7, 2020, why this action should not be dismissed for lack of prosecution. ("OSC 2," Dkt. No. 18.) On September 8, 2020, Plaintiff responded untimely. (Dkt. No. 19.) Also, Plaintiff improperly noticed its motion for default judgment. (Dkt. No. 20.) The Court struck the document and allowed counsel to refile to correct the deficiency. (Dkt. No. 21.) Plaintiff did not refile the motion, and it has been over twelve months since Plaintiff prosecuted this action.

Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, Plaintiff has failed to prosecute this case with reasonable diligence.

Accordingly, the Court DISMISSES Plaintiff's action pursuant to Rule 41(b).

The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**